UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASPER RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 3:12-CV-1339<br><br>(Judge Kosik) |

## Order

AND NOW, THIS 2nd DAY OF OCTOBER, 2013, IT IS HEREBY ORDERED THAT:

[1] The Report and Recommendation of Magistrate Judge Martin C. Carlson dated August 12, 2013 (Doc. 69) is **ADOPTED** in part and **DENIED** in part;

[2] The defendants' motion for summary judgment (Doc. 16) is **GRANTED** in part and **DENIED** in part;

[3] Defendant's motion for summary judgment is **GRANTED** as to plaintiff's claims that prison officials negligently placed plaintiff and assailant in the same recreation cage and failed to timely intervene after the assault began;

[4] Defendant's motion for summary judgment is **DENIED** as to plaintiff's remaining claim;

[5] Plaintiff's motion for sanctions (Doc. 49) is **DENIED**; and

[6] A pretrial conference in this case shall be set forthwith.

Edwin M. Kosik
United States District Judge